UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BERNARDO N. BEIRA, SR.,

    Plaintiff,

v.                                       Case No.  6:12-cv-147-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (Doc. 20).  The motion is DENIED WITHOUT PREJUDICE because it does not comply with Local Rule 3.01(g).

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on June 12, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel