UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BERNARDO N. BEIRA, SR.,

    Plaintiff,

v.                                        Case No: 6:12-cv-147-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. No. 22). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **GRANT'S** Plaintiff's Motion for Attorney's Fees and Costs, and awards Plaintiff $5,257.84 in attorney's fees and $350.00 in costs to be paid out of the judgment fund. Payment may be made to Plaintiff's counsel if the Commissioner determines that Plaintiff does not owe a debt to the government.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of July, 2013.

                                                G. KENDALL SHARP
                                   SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record