UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BERNARDO N. BEIRA, SR.,**

**Plaintiff,**

v.                                                                  Case No: 6:12-cv-147-GKSDCI

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

# ORDER

THIS CASE was referred to the United States Magistrate Judge for a Report and Recommendation (Doc. 28) on Plaintiff's Motion for Attorney's Fees Under 42 U.S.C. § 406(b) which was filed on November 24, 2020 (Doc. 27). On December 3, 2020, Defendant, the Commissioner of Social Security, filed a Response seeking a reduction to Plaintiff's Attorney's Request for Attorney's Fees Pursuant to 42 U.S.C. § 406(b). Thereafter, Plaintiff filed a Reply in support of his motion. (Doc. 30).

On January 4, 2021, the United States Magistrate Judge entered a Report and Recommendation (Doc. 31) recommending that the Motion for Attorney's Fees be

granted. After review of the Report and Recommendation and the submissions of the parties, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 31) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Bernardo N. Beira, Sr.'s Motion for Attorney's Fees Under 42 U.S.C. § 406(b) (Doc. 27) is **GRANTED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT ACCORDINGLY** and to thereafter **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 27 day of January, 2021.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record